UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAWAII FIREARMS COALITION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 16, 2019, the Parties submit the following status report in this Freedom of Information Act ("FOIA") case. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. The FBI has now completed its search and processing of all potentially responsive records located by its search. On September 30, 2019, the FBI made its first interim production of responsive records to Plaintiff, for which the FBI reviewed 501 pages and released 251 pages to Plaintiff. In October 2019, the FBI made its second interim production to Plaintiff, for which the FBI reviewed 504 pages and released 198 pages to Plaintiff. On December 2, 2019, the FBI made its third and final production to Plaintiff, for which the FBI reviewed 209 pages and released 73 pages to Plaintiff.

3. The Parties believe that additional time would be beneficial to allow the Parties to confer regarding the FBI's productions and to attempt to resolve this matter amicably and potentially without the need for any judicial determinations.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report no later than February 14, 2020 further updating the Court regarding the Parties' progress in moving this litigation toward a resolution.  A proposed order is attached.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/   Christopher Hair
CHRISTOPHER HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541

christopher.hair@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before February 14, 2020, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.

_____      _____
Date                                                          Hon. Carl J. Nichols
                                                                   UNITED STATES DISTRICT JUDGE