UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
HAWAII FIREARMS COALITION,                 )
                                           )
                    Plaintiff,             )
                                           )
          v.                               )   Civil Action No. 19-1260 (CJN)
                                           )
FEDERAL BUREAU OF INVESTIGATION,           )
                                           )
                    Defendant.             )
_____  )

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 19, 2019, the Parties submit the following status report in this Freedom of Information Act ("FOIA") case.  The Parties hereby state as follows:

1.     Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database.  *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2.     As previously reported by the Parties, the FBI has completed its search and processing of potentially responsive.  On September 30, 2019, the FBI made its first interim production of responsive records to Plaintiff, for which the FBI reviewed 501 pages and released 251 pages to Plaintiff.  In October 2019, the FBI made its second interim production to Plaintiff, for which the FBI reviewed 504 pages and released 198 pages to Plaintiff.  On December 2, 2019, the FBI made its third and final production to Plaintiff, for which the FBI reviewed 209 pages and released 73 pages to Plaintiff.

3.      Subsequent to its December production, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings on January 29, 2020.  Based on its review of the FBI's Vaughn Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5.  The FBI is currently reviewing its withholdings in light of Plaintiff's identified issues and is currently working on its response to Plaintiff.

4.      The Parties believe that additional time would be beneficial to allow the Parties to continue to confer regarding the FBI's withholdings and to attempt to resolve this matter amicably and potentially without the need for any judicial determinations.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report no later than April 14, 2020, further updating the Court regarding the Parties' progress in moving this litigation toward a resolution.  A proposed order is attached.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/   *Christopher Hair*
CHRISTOPHER HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

---

## [PROPOSED] ORDER

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before April 14, 2020, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.


_____
Date

_____
Hon. Carl J. Nichols
UNITED STATES DISTRICT JUDGE