UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 21, 2020, the Parties submit the following status report in this Freedom of Information Act ("FOIA") matter. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. As previously reported, the FBI has now completed its search and processing of potentially responsive records. *See* ECF No. 13.

3. On January 29, 2020, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings. Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5. The Parties intend to continue to confer regarding the FBI's withholdings to attempt to resolve any issues amicably and potentially without the need to submit briefing to the Court.

4. The FBI's ability to confer with Plaintiff has been significantly impacted by the COVID-19 (coronavirus) pandemic. Pursuant to guidance from the Office of Personnel Management and Office of Management and Budget, the FBI has designated its Record/Information Dissemination Section ("RIDS"), *i.e.*, the section responsive for processing FOIA requests, as not mission-critical and sent those employees home. Unfortunately, telework is not available for RIDS employees as the systems that they work on are located on FBI's classified enclave. Accordingly, the FBI currently lacks access to the unredacted portions of the records previously produced to Plaintiff. The FBI currently anticipates that RIDS staff will return to work on a limited basis no earlier than April 27, 2020.

5. The Parties believe that additional time would be beneficial to allow the FBI's operations to be restored and for the Parties to continue to confer regarding the FBI's withholdings. Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report no later than June 12, 2020, further updating the Court regarding the FBI's operations and the Parties' progress in moving this litigation toward a resolution. A proposed order is attached.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145

Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-1260 (CJN)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before June 12, 2020, further updating the Court regarding the FBI's operations and the Parties' progress in bringing this litigation toward a resolution.

_____            _____
Date                                                                    Hon. Carl J. Nichols
                                                                                United States District Judge