UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 16, 2020, the Parties submit the following status report in this Freedom of Information Act ("FOIA") matter. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. As previously reported, the FBI has now completed its search and processing of potentially responsive records. *See* ECF No. 13.

3. On January 29, 2020, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings. Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5. The Parties intend to continue to confer regarding the FBI's withholdings to attempt to resolve any issues amicably and potentially without the need to submit briefing to the Court.

4. As previously reported (*see* ECF No. 14), the FBI's ability to confer with Plaintiff has been significantly impacted by agency's response to the COVID-19 (coronavirus) pandemic. Specifically, beginning on March 17, 2020, the FBI sent home its employees in the Record/Information Dissemination Section ("RIDS"), which is responsible for processing FOIA requests. Telework is not available for RIDS employees as the systems that they work on are located on FBI's classified enclave. RIDS resumed operations on a limited basis on April 29, 2020, with significantly diminished staffing levels necessary to ensure the health and safety of staff who are reporting to work. Accordingly, since the Parties' last status report, the FBI had limited access to the unredacted portions of the records previously produced to Plaintiff.

5. RIDS recently resumed operations at full capacity starting on June 8, 2020. RIDS is currently dealing with a significant backlog of processing requests and estimates that it will be able to complete its review of its prior productions in this action and respond to Plaintiff's inquiries regarding the FBI's *Vaughn* index by July 31, 2020.

6. In light of the above, the Parties believe that additional time would be beneficial to allow the FBI to resume its review of its productions in this action and for the Parties to continue to confer regarding the FBI's withholdings. Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report no later than August 11, 2020, further updating the Court regarding the FBI's operations and the Parties' progress in moving this litigation toward a resolution. A proposed order is attached.

Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us

        DC District Court Bar# MS0009

        Alan Alexander Beck
        Law Office of Alan Beck
        2692 Harcourt Drive
        San Diego, CA   92123
        (619) 905-9105
        Hawaii Bar No. 9145
        Alan.alexander.beck@gmail.com
        DC District Court Bar# HI001

        *Counsel for Plaintiff*

        MICHAEL R. SHERWIN
        Acting United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:   /s/   *Christopher C. Hair*
        CHRISTOPHER C. HAIR, PA Bar No. 306656
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2541
        christopher.hair@usdoj.gov

        *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 19-1260 (CJN) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before August 11, 2020, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.

_____        _____
Date                                                                        Hon. Carl J. Nichols
                                                                                  United States District Judge