UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAWAII FIREARMS COALITION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated June 18, 2020, the Parties submit the following status report in this Freedom of Information Act ("FOIA") matter. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. On January 29, 2020, after completing its search and initial processing of potentially responsive records, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings. Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5.

3. As previously reported (*see* ECF No. 15), the FBI's response to the COVID-19 (coronavirus) pandemic has negatively impacted the agency's ability to confer with Plaintiff. Specifically, the FBI's access to the unredacted portions of the records previously produced to Plaintiff has been limited due to the FBI's temporary closure of its Record/Information

Dissemination Section ("RIDS"), which is responsible for processing FOIA requests.  Beginning on April 29, 2020, the FBI resumed operations on a limited basis.  On June 8, 2020, RIDS resumed operations at full capacity.

4. After re-reviewing its prior productions in this matter, the FBI has determined that 350 pages previously withheld under Exemption 5 will need to be reprocessed.  The FBI notes that its processing efforts continue to be hindered due to the COVID pandemic.  Currently 10% of RIDS staff is out due to COVID related issues, and the FBI has had to adjust its internal processing deadlines accordingly.  In this case, the FBI anticipates that it will be able to re-process the 350 pages and make a supplemental and final production to Plaintiff by November 13, 2020.

5. In light of the above, The Parties intend to continue to confer regarding the FBI's withholdings to attempt to resolve any issues amicably and potentially without the need to submit briefing to the Court.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report by October 9, 2020, further updating the Court regarding the FBI's processing efforts and the Parties' progress in moving this litigation toward an amicable resolution.

A proposed order is attached.

Dated August 11, 2020        Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck

        2692 Harcourt Drive
        San Diego, CA   92123
        (619) 905-9105
        Hawaii Bar No. 9145
        Alan.alexander.beck@gmail.com
        DC District Court Bar# HI001

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/  *Christopher C. Hair*
       CHRISTOPHER C. HAIR, PA Bar No. 306656
       Assistant United States Attorney
       555 Fourth Street, N.W.
       Washington, D.C. 20530
       (202) 252-2541
       christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) |
| Defendant. | ) ) |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before October 9, 2020, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.

_____          _____
Date                                                                          Hon. Carl J. Nichols
                                                                                   United States District Judge