UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-1260 (CJN)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 11, 2020, the Parties submit the following status report in this Freedom of Information Act ("FOIA") matter. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. On January 29, 2020, after completing its search and initial processing of potentially responsive records, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings. Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5.

3. As previously reported (*see* ECF No. 16), the FBI has determined after re-reviewing its prior productions that 350 pages previously withheld under Exemption 5 will need to be reprocessed. Accordingly, the FBI anticipates that it will complete its processing efforts and make a supplemental and final production to Plaintiff by November 13, 2020.

4.  In light of the above, the Parties require a reasonable amount of additional time to permit the FBI to make complete its processing efforts and to allow the Parties to confer regarding the FBI's withholdings to attempt to resolve any issues amicably and potentially without the need to submit briefing to the Court.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report by December 9, 2020, further updating the Court regarding the FBI's processing efforts and the Parties' progress in moving this litigation toward an amicable resolution.

A proposed order is attached.

Dated October 9, 2020                     Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney

555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before December 9, 2020, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.

_____        _____
Date                                                                  Hon. Carl J. Nichols
                                                                            United States District Judge