UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 13, 2020, the Parties submit the

following status report in this Freedom of Information Act ("FOIA") matter.  The Parties hereby

state as follows:

1.      Plaintiff has requested records from the Federal Bureau of Investigation ("FBI")

regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in

the FBI's Rap Back database.  *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2.      On January 29, 2020, after completing its search and initial processing of

potentially responsive records, the FBI provided Plaintiff with a *Vaughn* Index of the agency's

withholdings.  Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several

issues with respect to the FBI's withholdings under FOIA Exemption 5.

3.      The FBI has re-reviewed its prior productions and reprocessed approximately 300

pages previously withheld under Exemption 5.  Plaintiff is currently reviewing the FBI's most

recent production of records.

4.      In light of the above, the Parties require a reasonable amount of additional time to permit Plaintiff to review the FBI's recent production.  The Parties intend to confer regarding the FBI's withholdings and attempt to resolve any issues amicably and potentially without the need to submit briefing to the Court.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report by January 25, 2021, further updating the Court regarding the FBI's processing efforts and the Parties' progress in moving this litigation toward an amicable resolution.

A proposed order is attached.

Dated December 9, 2020                     Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     /s/  *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney

555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | ) |
| HAWAII FIREARMS COALITION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## [PROPOSED] ORDER

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall

file another joint status report on or before January 25, 2021, further updating the Court

regarding the Parties' progress in bringing this litigation toward a resolution.


_____          _____
Date                                     Hon. Carl J. Nichols
                                         United States District Judge