UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII FIREARMS COALITION,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-1260 (CJN)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 14, 2020, the Parties submit the following status report in this Freedom of Information Act ("FOIA") matter. The Parties hereby state as follows:

1. Plaintiff has requested records from the Federal Bureau of Investigation ("FBI") regarding Hawaii's requirement that firearms purchasers, registrants, and owners be included in the FBI's Rap Back database. *See* Complaint (ECF No. 1) at 6; Ex. A (ECF No. 1-1).

2. On January 29, 2020, after completing its search and initial processing of potentially responsive records, the FBI provided Plaintiff with a *Vaughn* Index of the agency's withholdings. Based on its review of the FBI's *Vaughn* Index, Plaintiff has identified several issues with respect to the FBI's withholdings under FOIA Exemption 5.

3. As previously reported (ECF No. 18), the FBI re-reviewed its prior productions and reprocessed approximately 300 pages previously withheld under Exemption 5. Accordingly, the FBI's production of all responsive, non-exempt records to Plaintiff is now complete.

4. On January 20, 2021, Plaintiff provided counsel for Defendant with a proposed

settlement of this action, which would include attorneys' fees and litigation costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i).  The FBI is currently reviewing Plaintiff's offer and intends to provide a response to Plaintiff's offer within the next few weeks.

5. In light of the above, The Parties intend to continue their good faith discussions to potentially resolve Plaintiff's request for attorneys' fees and costs amicably and without the need to submit briefing to the Court.  Accordingly, the Parties respectfully request that the Court permit the Parties to file a joint status report by March 11, 2021, further updating the Court regarding their efforts in moving this litigation toward an amicable resolution.

A proposed order is attached.

Dated January 25, 2021  Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/   *Christopher C. Hair*

2

                    CHRISTOPHER C. HAIR, PA Bar No. 306656
                    Assistant United States Attorney
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-2541
                    christopher.hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

## **[PROPOSED] ORDER**

In light of the Parties' joint status report, it is hereby **ORDERED** that the Parties shall file another joint status report on or before March 11, 2021, further updating the Court regarding the Parties' progress in bringing this litigation toward a resolution.

_____    _____
Date                                                              Hon. Carl J. Nichols
                                                                      United States District Judge