UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAWAII FIREARMS COALITION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-1260 (CJN) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated March 11, 2021          Respectfully submitted,

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA   92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com
DC District Court Bar# HI001

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
Acting United States Attorney

- 2 -

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By:   /s/  *Christopher C. Hair*
        CHRISTOPHER C. HAIR, PA Bar No. 306656
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2541
        christopher.hair@usdoj.gov

*Counsel for Defendant*